# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DE'KELVIN RAFAEL MARTIN,  )<br>　　　　　　　　　　　　　　　　)<br>　　Plaintiff,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>TIMOTHY WARD, Commissioner, )<br>　　Georgia Department of Corrections; )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>BENJAMIN FORD, Warden,　　)<br>　　Georgia Diagnostic and　　　)<br>　　Classification Prison;　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　Defendants.　　　　　　　　　)<br>_____) | Civil Action No.<br>1:18-cv-04617-MLB |

## ORDER

Upon consideration of the Parties' Consent Motion to Extend the Fact Discovery Deadline and Corresponding Extension of Case Deadlines (the "Motion"), and for good cause shown, it is hereby **ORDERED** that the Motion is GRANTED. The fact discovery deadline shall be extended ninety (90) days up to and including August 22, 2022. All subsequent case deadlines shall run from the close of fact discovery as set forth in the Consent Scheduling Order. (Dkt. No. 39.) Defendants shall confirm dates for all noticed deposition by May 20, 2022 and shall

complete all document productions, including as to third-party subpoenas, by June 17, 2022.

SO ORDERED this 11th day of May, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE