IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DE'KELVIN RAFAEL MARTIN,     )<br>                              )<br>  Plaintiff,                  )<br>                              )<br>v.                            )<br>                              )<br>TIMOTHY WARD, Commissioner,   )<br>  Georgia Department of Corrections;)<br>                              )<br>                              )<br>BENJAMIN FORD, Warden,        )<br>  Georgia Diagnostic and      )<br>  Classification Prison;      )<br>                              )<br>  Defendants.                 )<br>_____) | Civil Action No.<br>1:18-cv-04617-MLB |

## MOTION FOR CONTINUANCE

In accordance with the Northern District's Local Rule 39.5(A), undersigned counsel respectfully requests that the Court grant a continuance for the hearing currently scheduled for July 14, 2022. Undersigned counsel is lead counsel in this action and will be on vacation in Canada during the week of July 11 through June 15, 2022. The funds for this trip are non-reimbursable. Undersigned counsel apologizes to the Court for not filing a leave of absence request and is filing a leave of absence contemporaneous with this motion for continuance.

1

Should the Court grant this request, and chooses to set the hearing during the week prior, undersigned counsel informs the Court that a hearing is scheduled for July 8, 2022 in the case of *Martin v. Warden*, Case No. 2017-SU-HC-0009, at the Georgia Diagnostic and Classification Prison in Jackson, Georgia. Opposing counsel will be in attendance at the hearing set for July 8, 2022 because it concerns Plaintiff's state habeas action. Undersigned counsel has conferred with opposing counsel and was advised that counsel for Martin are available the weeks of July 25-29, 2022 and August 8-12, 2022. Undersigned counsel is available any week other than the week of July 9-15, 2022.

Respectfully submitted,

CHRISTOPHER M. CARR    112505
Attorney General

BETH A. BURTON    027500
Deputy Attorney General

/s/ Sabrina D. Graham    305755
SABRINA D. GRAHAM
Senior Assistant Attorney General
40 Capitol Square, SW
Atlanta, GA 30334
(404) 458-3239
sgraham@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2022, I served this brief by electronically filing it with this Court's ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.

Gerald W. King, Jr.
Nathan Potek
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303

John Toro
Andy Pratt
Danielle Chattin
Elliott Foote
Morgan Bridgman
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309

/s/ *Sabrina D. Graham*
Sabrina D. Graham