IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DE'KELVIN RAFAEL MARTIN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY WARD, Commissioner, )<br>    Georgia Department of Corrections;)<br>)<br>)<br>BENJAMIN FORD, Warden, )<br>    Georgia Diagnostic and )<br>    Classification Prison; )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No.<br>1:18-cv-04617-MLB |

## **LEAVE OF ABSENCE REQUEST**

In accordance with the Northern District's Local Rule 83.1E(4), undersigned counsel respectfully requests that the Court not calendar any hearings in the matter above-captioned case during the week of July 11 through June 15, 2022.  Undersigned is lead counsel in that action and will be out of the country and away from the practice of law during that week.

1

Respectfully submitted,

                              CHRISTOPHER M. CARR    112505
                              Attorney General
                              BETH A. BURTON          027500
                               Deputy Attorney General

                              /s/ Sabrina D. Graham     305755
                              SABRINA D. GRAHAM
                              Senior Assistant Attorney General
                              40 Capitol Square, SW
                              Atlanta, GA 30334
                              (404) 458-3239
                              sgraham@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2022, I served this brief by electronically filing it with this Court's ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.

Gerald W. King, Jr.
Nathan Potek
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia 30303

John Toro
Andy Pratt
Danielle Chattin
Elliott Foote
Morgan Bridgman
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309

/s/ *Sabrina D. Graham*
Sabrina D. Graham